# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America,<br><br>                          Plaintiff,<br>v.<br><br>Dion James Anagal,<br><br>                          Defendant. | **ELECTRONIC CRIMINAL COMPLAINT**<br><br>**Case Number:**  20-4297MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

On or about December 6, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DION JAMES ANAGAL, an Indian, did with malice aforethought, and in the perpetration and attempted perpetration of a felony, that is, arson, unlawfully kill D.H.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

On or about December 6, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DION JAMES ANAGAL, an Indian, did with malice aforethought unlawfully kill D.H.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 3

On or about December 6, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DION JAMES ANAGAL, an Indian, did willfully and maliciously set fire to and burn, and attempt to set fire to and burn, a building, that is, a dwelling located at Canyon de Chelly Housing #2, Chinle, Arizona, and the life of the victim, D.H., was placed in jeopardy.

In violation of Title 18, United States Code, Sections 1153 and 81.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:  ☒Yes   ☐No

AUTHORIZED BY: _AUSA Jillian Besancon_

_____
Dustin Blazer Drace, Special Agent, FBI
Name of Complainant

_____
Signature of Complainant

Sworn to before me and subscribed telephonically

_____   at   Flagstaff, Arizona
Date/Time                                                                 _____
                                                                                      City and State

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge
Name & Title of Judicial Officer

Camille D. Bibles   Digitally signed by Camille D. Bibles
Date: 2020.12.11 11:28:55 -07'00'

_____
Signature of Judicial Officer

## ELECTRONICALLY SUBMITTED STATEMENT OF PROBABLE CAUSE

I, Dustin Blazer Drace, being first duly sworn, hereby depose and state as follows:

### I. Introduction and Agent Background

1. Your affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Gallup, New Mexico, Resident Agency of the Phoenix, Arizona, FBI Field Division. Your affiant has been employed as an FBI SA since January 2018 and has received training at the Federal Bureau of Investigation Training Academy in Quantico, Virginia as well as training in the investigation of murder and other violent crimes. In the course of his official duties, your affiant is charged with the investigation of crimes occurring on (among other places) the Navajo Nation Indian Reservation within the Federal District of Arizona.

2. In your affiant's capacity as an FBI SA, your affiant has investigated DION JAMES ANAGAL (ANAGAL), an Indian and enrolled member of the Navajo Indian Tribe, for acts committed within the confines of the Navajo Nation Indian Reservation in the District of Arizona. Specifically, the facts and circumstances of this investigation establish probable cause to believe that on or about December 6, 2020, ANAGAL committed Count 1: Felony Murder, in violation of 18 U.S.C. §§ 1153 and 1111; Count 2: Second Degree Murder, in violation of 18 U.S.C. §§ 1153 and 1111; and Count 3: Arson, in violation of 18 U.S.C. §§ 1153 and 81.

3. The following information was developed by your affiant and other agents of the FBI and/or criminal investigators of the Navajo Department of Criminal Investigations (NDCI), in connection with the joint FBI/NDCI investigation into the death

of D.H. Because this affidavit is made for the purpose of demonstrating probable cause for the issuance of an arrest warrant, it does not purport to set forth all of your affiant's knowledge of this investigation. Unless otherwise noted, wherever your affiant states that a statement was made, the information was provided by a witness or law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom your affiant has spoken or whose report your affiant has read. All statements related herein, whether by law enforcement officers or not, are related in substance and in part unless otherwise indicated.

**II.     Probable Cause**

      **A.     Initial Incident**

      4.     On December 6, 2020, Navajo Police Department (NPD) dispatch received a call regarding a house fire at Canyon de Chelly Housing #2 in Chinle, Arizona, which is on the Navajo Nation Indian Reservation (Indian Country) in the District of Arizona. NPD Officer Dallas Begay responded and made contact with a neighbor, A.T. A.T. informed Officer Begay there was someone inside the home. The windows of the home were boarded up and Officer Begay removed the boards off one window. As he did so, the oxygen entering the home caused the fire to grow and Officer Begay was unable to enter.  When the fire was eventually extinguished, investigators discovered the deceased body of D.H., a 38-year-old female, inside the home.

**B.     Interview of A.T.**

5.     On December 7, 2020, FBI SA Stanley E. Arrington interviewed A.T. in Chinle, Arizona. A.T. stated she had been living in a duplex-style home next to D.H. since Thanksgiving 2020. A.T. stated that on December 6, 2020, she could hear ANAGAL and D.H. arguing through the shared duplex wall. A.T. heard D.H. telling ANAGAL to leave because she was feeling sick.

6.     On the same date at an unknown time, A.T. was hanging clothes in her living room and began smelling smoke. A.T. did not have a fireplace in her side of the duplex and did not have a fire burning. A.T. walked outside and saw ashes on the ground near the front door of D.H.'s residence. ANAGAL was trying to put out a fire outside the house. A.T. saw D.H. through the open front door arguing with ANAGAL. ANAGAL was going in and out of the house. D.H. appeared to be okay at that time.

7.     A.T. went back inside her residence. Sometime later, A.T. went back outside and saw ANAGAL standing outside D.H.'s residence holding a hammer. A.T. looked toward D.H.'s residence and saw through the open front door that a fire was burning on the floor of D.H.'s residence.

8.     A.T. asked ANAGAL, "Where is she?" (meaning D.H.) and ANAGAL pointed toward the inside of D.H.'s residence. A.T. heard D.H. crying inside the burning house. A.T. stepped into the threshold of the burning residence and told D.H., "Girl, come on, it's getting worse. Let's get the fuck out of here." D.H. told A.T. that it was too hot and she couldn't get out. A.T. was unable to get to D.H. because the fire was too hot and the smoke was too thick to see D.H.

3

9.     ANAGAL stood outside the residence and did not do anything to assist. A.T. saw ANAGAL go inside the residence once after the living room was on fire. A.T. stepped out of the residence and asked ANAGAL for help. ANAGAL just looked at A.T. without saying anything. ANAGAL did not appear to be worried or panicked about the fire.

10.    The windows of D.H.'s residence had been previously boarded up to prevent the home from getting cold. A.T. attempted to pull the wood from the window frame but was unsuccessful. A.T. yelled for someone to help, but no one did.

11.    A.T. returned to her side of the duplex followed by ANAGAL, who was still holding the hammer. ANAGAL hit the shared wall of the duplex one time. A.T. banged on the wall and could still hear D.H. screaming, but not as loud as earlier. A.T. pushed ANAGAL and told him to, "Snap out of it. Help me. She's inside, the fire is going."

12.    ANAGAL looked at A.T. and said, "Get those mother fuckers out." A.T. did not know who ANAGAL was referring to. A.T. told ANAGAL only D.H. was in the residence by herself. A.T. begged ANAGAL to help, but he didn't. ANAGAL told A.T. to get "them" out first, then he would help.

13.    A.T. thought ANAGAL was high on meth. A.T. pushed ANAGAL and asked for his help, but only once because ANAGAL was known to carry a "throw away," meaning a homemade firearm. ANAGAL walked away and did not display any concern or panic for the situation.

14.    After an NPD officer arrived, A.T. approached the officer to provide a statement. A.T. saw ANAGAL across the street at his father's house. ANAGAL began walking in the direction of A.T. and the officer with the hammer still in his hand. ANAGAL

4

threw the hammer on the ground and the officer told ANAGAL to stand back and wait. ANAGAL cursed at and attempted to strike the officer.

**C.    Interview of John Doe**

15.    On December 8, 2020, SA Arrington interviewed 16-year-old John Doe in Chinle, Arizona. John Doe is D.H.'s son, and he was on the phone with D.H. during the fire.

16.    John Doe stated that on December 6, 2020, he was with his father C.Y. and his grandmother. D.H. called John Doe on his cell phone and she sounded panicked. D.H. told John Doe, "Whatever happens to me, I just want to let you guys know that I love you" and also said, "I'm going to die." John Doe asked D.H. what was happening and D.H. stated that her ex-boyfriend ANAGAL was "setting her house on fire while she's inside." D.H. also stated that ANAGAL was "in front of the door, barricaded, and he has a hammer in his hand."

17.    John Doe heard an angry voice yelling and cursing. D.H. asked if he could hear the voice and stated that it was ANAGAL.

18.    John Doe told D.H. that she needed to fight to get out, but D.H was stuck and couldn't get out. John Doe asked his mother if she was able to get out through the windows, but D.H. said they were blocked. (Affiant Note: According to A.T., the windows of D.H.'s residence were boarded up prior to this incident in an effort to keep the cold out.)

19.    John Doe overheard an unknown female's voice calling for D.H. and yelling for her to get out. D.H. was crying and told the unknown female that she was unable to get out because she was stuck. John Doe heard a loud noise and called his father C.Y. over to

5

the phone before the phone call disconnected. John Doe attempted to call D.H. back, but he was unsuccessful.

20.     John Doe told C.Y. that D.H.'s house was on fire and that her ex-boyfriend was trying to kill her. John Doe called the NPD and was advised that a call was already received for the fire.

**D.     Interview of C.Y.**

21.     On December 8, 2020, SA Arrington interviewed C.Y. in Chinle, Arizona. C.Y. had been legally married to D.H. since 2012. C.Y. stated that on December 6, 2020, C.Y. was with his mother and children in Albuquerque, New Mexico. At approximately 2:00 PM or 2:30 PM, C.Y.'s son, John Doe, received a phone call. John Doe was visibly upset and went outside and started hitting a wall. John Doe signaled for C.Y. to come outside and stated that D.H. was on the phone.

22.     John Doe handed the phone to C.Y., who heard D.H. breathing heavily. D.H. told C.Y. to, "take care of my babies, watch out for my babies, uh just take care of them, let them know I love them with everything." C.Y. heard D.H. banging on what sounded like wood.

23.     C.Y. asked D.H. what was going on. D.H. stated she was trapped in her residence. According to C.Y., D.H. said ANAGAL "barricaded her in her house and he lit it on fire, and she was trying to get out." D.H. was crying, screaming, and trying to get out. D.H. pleaded for C.Y. to take care of her children and the phone call was cut off. Attempts to re-contact D.H. were unsuccessful. D.H.'s phone went straight to voicemail.

**E.    Interview of DION JAMES ANAGAL**

24.    On December 7, 2020, SA Arrington interviewed ANAGAL, who was in custody at the NPD Chinle Police district jail. ANAGAL was provided with form FD-395, "Advice of Rights." ANAGAL read the consent portion aloud, stated he understood, signed the form to waive his *Miranda* rights, and agreed to the interview.

25.    ANAGAL stated that he was in a dating relationship and lived with D.H. prior to the house fire. ANAGAL did not appear to know that D.H. died in the house fire and thought she was with his daughter.

26.    ANAGAL did not like when D.H.'s male friends came to her residence and had a problem with it. ANAGAL also got carried away with getting high and drinking. At times, ANAGAL mentally pictured himself being compared to other males that D.H. knew, which would make him angry. ANAGAL told D.H. he heard voices in his head. D.H. would get mad at him and tell ANAGAL he needed to listen to her, not the voices.

27.    On December 6, 2020, ANAGAL was getting high and using matches to light his meth pipe. He also drank approximately half of a pint of whiskey that day. D.H. was in her bedroom sleeping. D.H. woke up and got mad because the door was open and it was cold. ANAGAL and D.H. argued about the door being open. ANAGAL couldn't remember what was said but began having thoughts that D.H. was comparing him to other people.

28.    D.H. was angry with ANAGAL, and ANAGAL got angry with D.H. because he thought D.H. was comparing him to other men. The argument went "from that, to something really big, you know, serious." ANAGAL stated that he and D.H. only argued, and ANAGAL denied getting into a physical confrontation that day.

7

29.     Prior to the interior house fire, ANAGAL lit his clothes on fire outside D.H.'s residence. ANAGAL said he was high and not thinking straight when he did so. He got water to extinguish that fire.

30.     As ANAGAL got high, he flicked lit matches to the ground near where the fire stove was located. ANAGAL described the living room as being carpeted with lots of firewood and clothes scattered about, as well as five trash cans full of trash, and two additional bags of trash.

31.     ANAGAL stated that he was inside the residence, tossed a lit match to the ground, and went to the restroom. He passed D.H. in the hall and she was upset about the fire. When ANAGAL returned, he noticed a fire had started in the living room. ANAGAL stated the fire "took off really fast." The windows of the residence were broken, so wood had been placed over the window frames to keep the cold out. ANAGAL thought D.H. was either still inside the burning house or possibly ran outside or next door. ANAGAL and D.H. were the only ones in the home at the time of the fire.

32.     ANAGAL walked outside after the fire started because he thought people were going to beat him up. He believed someone was pushing wood outside of the house and remembered seeing the fire blocking the front door.

33.     The next-door neighbor (who your affiant believes to be A.T.) came over and was yelling, "Somebody help," or something similar. A.T. asked ANAGAL something to the effect of, "Why are you just standing there?" ANAGAL had thoughts that he was being compared to other people and was always wrong. ANAGAL thought to himself that other people should help D.H. because she was always comparing him to other people.

8

34.     ANAGAL was angry and recalled yelling and cursing but couldn't remember

if he was cursing at D.H. ANAGAL thought D.H. and "they" were trying to put out the

fire. He couldn't explain who "they" were because he was hearing different voices in his

head. ANAGAL was thinking about D.H. cheating on him and he eventually walked across

the road to his father's house to show him the fire.

35.     ANAGAL denied keeping D.H. in the house during the fire, but stated that

people have looked at ANAGAL like he was holding D.H. hostage in the past because he

would not leave D.H.'s house after she asked him to leave during an argument. ANAGAL

didn't have anywhere else to go, so he would just stay. ANAGAL denied being angry

enough to force D.H. to stay in the house while it burned.

36.     After ANAGAL was advised that D.H. passed away in the house fire,

ANAGAL stated that from the voices in his head, he believed she got out of the house

through the back door that went into the adjacent home, or through the back window.

37.     SA Arrington told ANAGAL it was suspected that ANAGAL would not let

D.H. leave the house.  ANAGAL stated he did not hold D.H. captive and never threatened

her, and that he is willing to go to trial so the public will know what happened.

F.     **Other Investigation**

38.     On December 9 and 10, 2020, SA Arrington spoke with the medical

examiner involved in this matter regarding preliminary findings.  Although the medical

examiner has not yet prepared a report with final conclusions, the medical examiner relayed

that D.H. died from carbon monoxide inhalation and thermal injuries.  Carbon monoxide

levels were greater than 75% and the victim had soot in her airway.  The medical examiner

also observed air within the chest wall, which was an indication that air entered the body from an outside source, not through normal respiration, which can be caused from a thermal injury. There is also some indication that D.H. had a severed carotid artery. The medical examiner is still looking into this issue, but it is possible that, due to the thermal injuries, the artery could have been severed by a technician drawing blood from D.H.'s deceased body.

39.     Both ANAGAL and D.H. have tribal census numbers indicating they are enrolled members of the Navajo Nation, which is a federally recognized tribe.

**III.   Conclusion**

40.     This Statement of Probable Cause was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. Based on the foregoing, your affiant believes there is probable cause that DION JAMES ANAGAL committed Count 1: Felony Murder, in violation of 18 U.S.C. §§ 1153 and 1111; Count 2: Second Degree Murder, in violation of 18 U.S.C. §§ 1153 and 1111; and Count 3: Arson, in violation of 18 U.S.C. §§ 1153 and 81.

///

///

///

///

41.    Therefore, your affiant respectfully requests that an arrest warrant be issued for DION JAMES ANAGAL.

42.    Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

_____
Dustin Blazer Drace
Special Agent
Federal Bureau of Investigation


Subscribed and sworn telephonically before me this __11th__ day of December, 2020.

Camille D. Bibles

Digitally signed by
Camille D. Bibles
Date: 2020.12.11 11:28:25
-07'00'

_____
HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge

11