PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

JILLIAN BESANCON
Assistant United States Attorney
California State Bar No. 285869
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Jillian.Besancon@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-08017-PCT-DLR (MTM) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 1111 (CIR: Felony Murder) Count 1 |
| Dion James Anagal, | 18 U.S.C. §§ 1153 and 1111 (CIR: Second Degree Murder) Count 2 |
| Defendant. | 18 U.S.C. §§ 1153 and 81 (CIR: Arson) Count 3 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about December 6, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DION JAMES ANAGAL, an Indian, did with malice aforethought, and in the perpetration and attempted perpetration of a felony, that is, arson, unlawfully kill D. H.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

On or about December 6, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DION JAMES ANAGAL, an Indian, did with malice aforethought unlawfully kill D. H.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 3

On or about December 6, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DION JAMES ANAGAL, an Indian, did willfully and maliciously set fire to and burn, and attempt to set fire to and burn, a building, that is, a dwelling located at Canyon de Chelly Housing #2, Chinle, Arizona, and the life of the victim, D. H., was placed in jeopardy.

In violation of Title 18, United States Code, Sections 1153 and 81.

A TRUE BILL

*s/*

FOREPERSON OF THE GRAND JURY
Date:  March 24, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

*s/*

JILLIAN BESANCON
Assistant U.S. Attorney